# Third District Court of Appeal

## State of Florida

Opinion filed February 4, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0598
Lower Tribunal No. 24-224474-SP-05

_____

**Kennia Ortega,**
Appellant,

vs.

**Midland Credit Management, Inc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Michael G. Barket, Judge.

Kennia Ortega, in proper person, for appellant.

Payal Chatani, Colleen H. Lehmann, Johan A. Green, Melissa Horne, Elizabeth Ferrell, Carrie D. Taylor, Adrian Collins, Holly Haggerty, and Erik Zogg (Warren, MI), for appellee.

Before FERNANDEZ, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.